IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CELLULAR SOUTH, INC.                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:08-cv-201WHB-LRA

MISSISSIPPI PUBLIC SERVICE COMMISSION, et al                 DEFENDANTS

### ORDER OF RECUSAL

Because the principal owners of the Plaintiff, Cellular South, Inc., are close personal friends of the undersigned, the Court feels that Canon 3C(1) of the Code of Conduct for United States Judges is brought into play. That Canon states that a judge shall disqualify himself when the judge's impartiality might reasonably be questioned. The undersigned believes that situation is applicable in this case and hereby recuses himself.

SO ORDERED this the 7th day of April, 2008.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE