# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 11-60232

NEW CINGULAR WIRELESS PCS, L.L.C., doing business as AT&T Mobility,

    Plaintiff - Appellee

v.

MISSISSIPPI PUBLIC SERVICE COMMISSION; LEONARD BENTZ, In his official capacity as the Chairman of the PSC; LYNN POSEY, In his official capacity as the Vice Chairman of the PSC; BRANDON PRESLEY, In his official capacity as Commissioner of the PSC; BAY SPRINGS TELEPHONE COMPANY INCORPORATED; BRUCE TELEPHONE COMPANY, INCORPORATED; DECATUR TELEPHONE COMPANY; DELTA TELEPHONE COMPANY INCORPORATED; FRANKLIN TELEPHONE COMPANY, INCORPORATED; FULTON TELEPHONE COMPANY, INCORPORATED; GEORGETOWN TELEPHONE COMPANY, INCORPORATED; MOUND BAYOU TELEPHONE CORPORATION, formerly known as Fail, Incorporated; BPM, INCORPORATED, doing business as Noxapater Telephone Company; SMITHVILLE TELEPHONE COMPANY, INCORPORATED; SLEDGE TELEPHONE COMPANY; LAKESIDE TELEPHONE COMPANY; WINDSTREAM MISSISSIPPI, INCORPORATED,

    Defendants - Appellants

---

CELLULAR SOUTH, INCORPORATED,

    Plaintiff - Appellee

v.

MISSISSIPPI PUBLIC SERVICE COMMISSION; LEONARD BENTZ, In His

FILED JUL 12 2011
J T NOBLIN, CLERK

Official Capacity as Chairman of the MS Public Service Commission; LYNN POSEY, In His Official Capacity as Vice Chairman of the MS Public Service Commission; BRANDON PRESLEY, In His Official Capacity as Commissioner of the MS Public Service COmmission; BAY SPRINGS TELEPHONE COMPANY, INCORPORATED; BRUCE TELEPHONE COMPANY, INCORPORATED; DECATUR TELEPHONE COMPANY; FULTON TELEPHONE COMPANY, INCORPORATED; GEORGETOWN TELEPHONE COMPANY, INCORPORATED; MOUND BAYOU TELEPHONE CORPORATION, doing business as Fail, Incorporated; BPM, INCORPORATED, doing business as Noxapater Telephone Company; SMITHVILLE TELEPHONE COMPANY, INCORPORATED; SLEDGE TELEPHONE COMPANY; LAKESIDE TELEPHONE COMPANY, INCORPORATED; CALHOUN CITY TELEPHONE COMPANY, INCORPORATED, doing business as TDS Telecom; MYRTLE TELEPHONE COMPANY, INCORPORATED, doing business as TDS Telecom; SOUTHEAST MISSISSIPPI TELEPHONE COMPANY, INCORPORATED, doing business as TDS Telecom; WINDSTREAM MISSISSIPPI, INCORPORATED

    Defendants - Appellants

    Appeals from the United States District Court for the
    Southern District of Mississippi, Jackson

O R D E R:

  ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

*signature*

THOMAS B. PLUNKETT
CHIEF DEPUTY CLERK

ENTERED AT THE DIRECTION OF THE COURT

---

\*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana    8 JUL 2011